## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:

**SAM DAWKINS**                                               **CASE NO.:  6:13-bk-01294-CCJ**

      **Debtor,**
_____/

### NOTICE OF APPEARANCE
### AND REQUEST FOR SERVICE OF DOCUMENTS

      The Law Office of Keith D. Collier hereby enters their appearance in the above-styled action as counsel for the Debtor, SAM DAWKINS.  The Law Offices of Keith D. Collier hereby respectfully requests that: (a) the undersigned counsel be placed on the mailing matrix and (b) copies of all notices, correspondence and other documents relating to the above-styled action be directed and served upon:

The Law Offices of Keith D. Collier

Keith D. Collier, Esq.

2350 Park St

Jacksonville, FL 32204

**DATED:  August 29, 2013**                          **The Law Offices of Keith D. Collier**

                  /s/ Keith D. Collier, Esquire
**KEITH D. COLLIER**
Florida Bar No.: 0633771
2350 Park Street
Jacksonville, Florida 32204
(904) 981-8100/Fax: 981-8015
Collier@KeithDCollier.com
Attorney for Debtor

### CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been furnished by Electronic Mail on this 29th day of August, 2013, electronically via CM/ECF or by U.S. Mail on all parties of interest.

                  /s/ Keith D. Collier, Esquire
**KEITH D. COLLIER**